## BRINSON *v.* BRINSON RAILWAY COMPANY.

FISH, C. J.  Upon the hearing of the petition for a temporary injunction the evidence upon material issues was conflicting; there was therefore no abuse of discretion in refusing such injunction.
          *Judgment affirmed.  All the Justices concur.*
          MARCH 12, 1912.

Petition for injunction.  Before Judge Hammond.  Burke superior court.  October 3, 1911.

*William H. Fleming,* for plaintiff.
*Hitch & Denmark* and *Y. A. Bargeron,* for defendant.